The Fort Street Union Depot Company v. The
Peninsular Stove Company.

*Union depot companies—Eminent domain—Appeal.*

The questions involved in this case are ruled by *Fort Street Union
Depot Co. v. Backus*, 92 Mich. 33.

Appeal from Wayne. (Gartner, J.)    Argued November
23, 1894.   Decided January 22, 1895.

Proceedings to condemn land for union depot purposes,
under Act No. 244, Laws of 1881 (How. Stat. chap. 93).
Petitioner appeals from an award of $49,800 in favor of
respondent.   Award set aside, and new trial ordered.
The facts are stated in the opinion, and in 92 Mich. 33.

*F. A. Baker,* for petitioner and appellant.

*Edwin F. Conely* and *Orla B. Taylor,* for respondent.

Montgomery, J.  This is a proceeding for condemna-
tion of lands.  The trial in the court below occurred after
the trial in the case of *Fort Street Union Depot Co. v.
Backus,* 92 Mich. 33, and before the decision of that case
by this Court.  The same line of testimony was introduced,
and the same contentions of counsel made, in this case,
as were held in that case to have tended unreasonably to
swell the verdict of the jury, and that decision must be
held controlling.

It is strenuously insisted that the depot company has
lost its right to appeal by having made payment of the
award, and having occupied the land condemned pending
the appeal.  This question was likewise considered in the
case of *Fort Street Union Depot Co. v. Backus,* and ruled

adversely to the contention which is now made by the appellee. We have carefully considered the arguments adduced by the appellee, and do not feel justified in departing from the conclusion arrived at in that case.

It follows that the order should be reversed, and a new trial ordered.

The other Justices concurred.